IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 AUG -3 PM 2: 59

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

LAURENCE BLOCH, et al.,          )
                                 )
          Plaintiffs,            )
                                 )
vs.                              )     Civ. No. <u>05-2403-M1/P</u>
                                 )
FIRST AMERICAN TITLE COMPANY,    )
                                 )
          Defendant.             )
                                 )

---

SCHEDULING ORDER

---

Pursuant to written notice, a scheduling conference was held July 28, 2005. Present were Michael Rafferty, counsel for plaintiffs, and John Lewis Wardlaw, counsel for defendant. At the conference, the following dates were established as the final dates for:

**INITIAL DISCLOSURES PURSUANT TO Fed.R.Civ.P. 26(a)(1):**
August 5, 2005

**JOINING PARTIES:** October 14, 2005

**AMENDING PLEADINGS:** October 14, 2005

**INITIAL MOTIONS TO DISMISS:** October 28, 2005

**COMPLETING ALL DISCOVERY:** January 9, 2006

    **(a) DOCUMENT PRODUCTION:** January 9, 2006

    **(b) DEPOSITIONS, INTERROGATORIES AND REQUESTS FOR ADMISSIONS:** March 31, 2006

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _8-4-05_

**(c) EXPERT WITNESS DISCLOSURE (Rule 26):**

**(1) DISCLOSURE OF PLAINTIFF'S RULE 26 EXPERT INFORMATION:** January 16, 2006

**(2) DISCLOSURE OF DEFENDANT'S RULE 26 EXPERT INFORMATION:** February 3, 2006

**(3) DISCLOSURE OF PLAINTIFF'S RULE 26 REBUTTAL EXPERT INFORMATION:** February 24, 2006

**(4) DISCLOSURE OF DEFENDANT'S RULE 26 REBUTTAL EXPERT INFORMATION:** March 17, 2006

**(5) EXPERT WITNESS DEPOSITIONS:** May 31, 2006

**FILING DISPOSITIVE MOTIONS:** August 4, 2006

**OTHER RELEVANT MATTERS:**

No depositions may be scheduled to occur after the discovery cutoff date. All motions, requests for admissions, or other filings that require a response must be filed sufficiently in advance of the discovery cutoff date to enable opposing counsel to respond by the time permitted by the Rules prior to that date.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or the service of the response, answer, or objection, which is the subject of the motion, if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or the objection to the default, response, answer, or objection shall be waived.

This case is set for jury trial. The pretrial order date, pretrial conference date, and trial date will be set by the presiding judge. It is anticipated that the trial will last approximately four (4) days.

This case is appropriate for ADR. The parties are directed to engage in court-annexed attorney mediation or private mediation after close of discovery.

The parties are reminded that pursuant to Local Rule 11(a)(1)(A), all motions, except motions pursuant to Fed. R. Civ. P. 12, 56, 59, and 60 shall be accompanied by a proposed order.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

At this time, the parties have not given consideration to whether they wish to consent to trial before the magistrate judge. The parties will file a written consent form with the court should they decide to proceed before the magistrate judge.

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this order will not be modified or extended.

IT IS SO ORDERED.

TU M. PHAM
United States Magistrate Judge

August 3, 2005
Date

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 2:05-CV-02403 was distributed by fax, mail, or direct printing on August 4, 2005 to the parties listed.

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

David Wade
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Jonathan E. Scharff
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

Elizabeth J. Landrigan
MACCABE & MCGUIRE
77 W. Wacker Dr.
Ste. 3333
Chicago, IL 60601

Honorable Jon McCalla
US DISTRICT COURT