IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.

05 AUG 15 PM 2:04

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| LAURENCE BLOCH, et al., ) | |
| Plaintiffs, ) | |
| v. ) | No. 05-2403 Ml/P |
| FIRST AMERICAN TITLE COMPANY, ) | |
| Defendant. ) | |

## ORDER SETTING TRIAL AND PRETRIAL DATES

Pursuant to Local Rule 72.1(f), a Rule 16(b) Scheduling Order was entered on August 3, 2005, by United States Magistrate Judge Tu M. Pham. In accordance with the deadlines established in that order, the trial and pretrial dates are set as follows before the District Court:

1. The jury trial in this matter, which is anticipated to last four (4) days, is set to begin <u>Monday, October 16, 2006 at 9:30 a.m.</u> in courtroom no. 4.

2. A pretrial conference is set for <u>Tuesday, October 10, 2006 at 8:45 a.m.</u>

3. The joint pretrial order and proposed jury instructions and voir dire questions are due by no later than 4:30 p.m. on <u>October 3, 2006</u>.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _8-15-05_

(6)

Absent good cause, the dates established by this order shall not be extended or modified.

IT IS SO ORDERED this __15__ day of August, 2005.

JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 2:05-CV-02403 was distributed by fax, mail, or direct printing on August 15, 2005 to the parties listed.

Elizabeth J. Landrigan
MACCABE & MCGUIRE
77 W. Wacker Dr.
Ste. 3333
Chicago, IL 60601

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

David Wade
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Jonathan E. Scharff
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT